AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Andres Gonzalez-Vicencio | ) | Case No.   5:23-cr-00006-03 |
| FILED AS A DETAINER | ) | |
| WITH | ) | |
| Northwestern Regional Jail | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Andres Gonzalez-Vicencio                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute & possess w/intent to distribute Meth/Cocaine; Distribution of Cocaine; Distribution of
Methamphetamine; Distribute & Possess w/ intent to distribute Methamphetamine

Date:      04/12/2023

Deputy Clerk

_____ For
*Issuing officer's signature*

City and state:      Charlottesville, VA

Joel C. Hoppe, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____               _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |