IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PETITION FOR WRIT OF HABEAS |
| | ) | CORPUS AD PROSEQUENDUM |
| v. | ) | |
| | ) | SEALED |
| ANDRES GONZALEZ-VICENCIO | ) | Criminal No. 5:23-cr-00026 |

Your petitioner, United States of America, by Ronald M. Huber, Assistant United States Attorney for the Western District of Virginia, respectfully shows:

1.   That this case is a prosecution upon an indictment charging the defendant with a violation of Title 21, United States Code Sections 846 and 841 (a)(1) & (b)(1)(C).

2.   That the presence of the said defendant before the United States Magistrate Court for the Western District of Virginia at Charlottesville, Virginia, scheduled for an initial appearance on April 19, 2023, at 2:00 p.m., is necessary and he is now in custody of the Northwestern Regional Jail.

WHEREFORE, your petitioner prays that a Writ Of Habeas Corpus Ad Prosequendum be issued to the United States Marshal for the Western District of Virginia, any other authorized United States Marshal, or Special Agent William Foster, Drug Enforcement Administration, and another deputized deputy who shall bring the defendant before the Court at the above time and place.

Dated:   4/17/2023                                s/ *Ronald M. Huber*
                                                      Assistant United States Attorney
*****************************************************************************
TO:   Northwestern Regional Jail
       141 Fort Collier Road
       Winchester, VA 22603

**IN THE EVENT THIS INMATE IS TO BE TRANSFERRED TO ANOTHER FACILITYBEFORE THE REQUESTED DATE OF APPEARANCE, PLEASE NOTIFY THE ASSISTANT U.S. ATTORNEY LISTED ABOVE AT (434)293-4283.**

GREETINGS:

WE COMMAND YOU that you surrender the body of Andres Gonzalez-Vicencio detained in the Northwestern Regional Jail, under your custody as it is said, to the United States Marshal for the Western District of Virginia, or one of his Deputies, any other authorized United States Marshal, or Special Agent William Foster, Drug Enforcement Administration, and another

deputized deputy to the end that his body will be before the United States Magistrate Court for the Western District of Virginia, at Charlottesville, Virginia, on the 19th day of April, 2023, at 2:00 p.m., or at such other time or times as the Court may direct.

ENTER:   This        day of April 2023.


_____
Honorable Joel C. Hoppe
United States Magistrate Judge


**********************************************************************************

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF VIRGINIA, OR ANY AUTHORIZED UNITED STATES MARSHAL:

TO EXECUTE:

WE COMMAND that you proceed to the Northwestern Regional Jail and remove therefrom the body of Andres Gonzalez-Vicencio, and produce him under safe and secure conduct before the United States Magistrate Court for the Western District of Virginia, at Charlottesville, Virginia, on the 19th day of April, 2023, at 2:00 p.m., or at such other time or times as the Court may direct; and upon completion of the case, return the said Andres Gonzalez-Vicencio to the Northwestern Regional Jail.

LAURA A. AUSTIN
CLERK OF COURT

BY:   _____
Deputy Clerk

CUSTODY ASSUMED:

EXECUTED this     day of   April 2023.
BY:   _____
United States Marshal/Deputy

RETURNED:

EXECUTED this       day of   April 2023.

BY:   _____
United States Marshal/Deputy

SENTENCED STATE PRISONER:          Yes: _____          No: ___x___