IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CRIMINAL MINUTES - BOND HEARING

Case No.: 5:23CR6                           Date: 6/13/2023

Defendant: Ivan Ruiz-Gonzalez, custody          Counsel: Andrew Graves, cja

PRESENT:   JUDGE:           Joel C. Hoppe, USMJ       TIME IN COURT: 12:57-1:04 = 7 minutes
           Deputy Clerk:    Karen Dotson
           Court Reporter:  Karen Dotson, FTR
           U.S. Attorney:   Ron Huber
           USPO:            Angela George
           Case Agent:      not present
           Interpreter:     n/a

## BOND HEARING

- [x] Bond hearing held. Record proceedings, witness, etc
- [x] Government does not oppose bond. with specific conditions
- [ ] Defendant(s) not eligible for bond because state reasons not eligible
- [ ] Bond set at Amount, type, i.e., secured, unsecured, property, cash, corporate surety. Written appearance bond and order setting conditions of release to follow.
- [ ] Defendant remanded to custody pending posting of secured bond.
- [ ] Bond denied. Defendant remanded to custody. Written detention order will follow.

- [ ] Defendant advised of penalties and sanctions for failure to appear and/or violating conditions of release.

**Additional Information:**
All parties present in person

Def states home study may be needed
Gov't states there may be conditions that would be acceptable for deft to be released
Def proffers bond plan to the court, dft would live in Hagerstown, MD
Court orders home study for home in MD
Continuation of hearing to be set after home study has been completed
Dft remanded