# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

## CRIMINAL MINUTES - BOND HEARING

Case No.: 5:23cr00006-2                                           Date: 6/26/2023

Defendant: Ivan Ruiz-Gonzalez                          Counsel: Andrew Graves - CJA

PRESENT:    JUDGE:              USMJ-Joel C. Hoppe         TIME IN COURT: 11:34-11:46 AM
            Deputy Clerk:       Sarah Melvin
            Court Reporter:     FTR Gold
            U. S. Attorney:     AUSA Ron Huber
            USPO:               USPO Anglea George
            Case Agent:         n/a
            Interpreter:        n/a

## BOND HEARING

☒ Bond hearing held.  Click here to enter text.
☒ Government does not oppose bond.
☐ Defendant(s) not eligible for bond because state reasons not eligible
☐ Bond set at Amount, type, i.e., secured, unsecured, property, cash, corporate surety.  Written appearance bond and order setting conditions of release to follow.
☐ Defendant remanded to custody pending posting of secured bond.
☐ Bond denied.  Defendant remanded to custody.  Written detention order will follow.

In addition to the standard conditions of release, the following special conditions of release are imposed:

☒ The defendant shall avoid contact outside the presence of his/her counsel with any alleged victims or potential witnesses regarding his/her case.
☒ The defendant shall report as directed by the probation officer, and shall promptly report any personal status changes to the probation officer: this shall include immediately reporting any contact by law enforcement officers regarding a criminal investigation or any additional criminal charges placed against the defendant; the defendant shall continue to reside at his/her current residence, and shall not change residences without first obtaining permission from the probation officer.
☒ The defendant shall abstain from the excessive OR any use of alcohol or any use or possession of any controlled substances unless prescribed by a licensed treating physician for a legitimate medical purpose.
☒ The defendant shall not possess a firearm or other dangerous weapon and shall reside in a residence free of such.
☒ The defendant shall submit to random drug and or alcohol testing as directed by the probation officer.
☒ The defendant shall not travel outside the Western District of Virginia without first obtaining permission from the probation officer.
☐ The defendant shall submit to warrantless search and seizure of his/her person and property as directed by the probation officer for the purpose of determining if he/she is in compliance with his/her conditions of pretrial release.
☒ The defendant shall actively seek and/or maintain employment.
☐ The defendant shall maintain or commence an education program.

☒ The defendant shall surrender his/her passport to the Probation Office to be held pending further order of the court; the defendant shall not apply to obtain a passport.

☐ The defendant shall not associate with any known users/possessors of illegal controlled substances and shall not be present in any location where illegal controlled substances are being used and/or distributed, unless approved by his/her supervising officer in cooperation with law enforcement officers.

☐ The defendant shall be placed on home detention subject to electronic monitoring and all residential absences must be approved in advance by the probation officer.

☐ The defendant shall continue in his/her currentmental health OR substance abuse OR both counseling/treatment program at his/her own expense.

☐ The defendant shall allow the probation officer open communication with any treatment agencies or health care providers for the purpose of monitoring the defendant's compliance with all treatment requirements.

☐ Any animals on the premises of the defendant's residence must be restrained in a way so as to not interfere with the probation officer's access to the defendant's residence and to ensure the officer's safety.

☒ Defendant advised of penalties and sanctions for failure to appear and/or violating conditions of release.

**Additional Information:**
Mr. Huber clarified that defendant is a lawful resident, no ICE detainer.
Defendant surrendered his Mexican passport.