Central Virginia Regional Jail
Block F

CLERK'S OFFICE U.S. DISTRICT. COURT
AT CHARLOTTESVILLE, VA
FILED
SEP 06 2023
LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

8/27/2023

To Whom it May Concern,

I'm having difficulty with my attorney, basically we do not share the same view as to how best to defend my case. I've come to realize we're going in opposite directions, I've lost all confidence in his ability to meet even the miniumal amount to help present my best interest to the court.

For this reason, I'm asking to have a different attorney, perhaps one who is in fact able to hear me, fight for my defense, and objective.

Thank you for your time and consideration.

Respectfully Submitted,

Andres Gonzalez-Vicencio

ANdres GONZaLEZ.V.
Central Virginia Regiona Jail
13021 James Madison Highway
Orange, Virginia 22960

RICHMOND VA  230

28 AUG 2023  PM 2  L



22902-505879

U.S Dist. Court
clerk
255 W main st
Charlottesville, Va. 22902

