IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:23cr00006-2 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| IVAN RUIZ-GONZALEZ, | ) | By:    Joel C. Hoppe |
| Defendant. | ) | United States Magistrate Judge |

Before the Court is Defendant Ivan Ruiz-Gonzalez's Unopposed Motion to Amend Terms of Pretrial Release. ECF No. 74. Ruiz asks to modify condition 7(f) that limits his travel. Ruiz represents that he needs to travel to Pennsylvania, Virginia, and West Virginia for work to deliver appliances and that the Government and Probation Office do not oppose his request.

Finding the request reasonable and unopposed, the Court GRANTS the motion and MODIFIES Ruiz's conditions of release, ECF No. 65, as follows:

7(f) The Defendant must abide by the following restrictions on personal association, residence, and travel: Remain in the District of Maryland except for travel approved by the probation office for work or court in Virginia, West Virginia, or Pennsylvania.

It is so ORDERED.

ENTER: October 2, 2023

Joel C. Hoppe
United States Magistrate Judge