

Carmen L. Masters, M.S. Forensic Science        Senior Forensic Chemist
Department of Justice                            Mid-Atlantic Laboratory
Drug Enforcement Administration                  Largo, MD
Office of Forensic Science

## AREA OF EXPERTISE

**Forensic Discipline**
  Seized Drug Analysis

**Expert Testimony**
- Qualified in Federal District Court (Trenton, NJ), 2015
- Qualified in Manhattan Supreme Court (New York, NY), 2017
- Qualified in Federal District Court (New York, NY), 2018
- Qualified in Federal District Court (Newark, NJ), 2019
- Qualified in Federal District Court (Columbus, GA), 2022
    - United States vs. Constantine Varsamas Varazo

## PROFESSIONAL EXPERIENCE

**DRUG ENFORCEMENT ADMINISTRATION (DEA)**
*Senior Forensic Chemist, Mid-Atlantic Laboratory, Upper Marlboro, MD, December 2020 - Present*
*Senior Forensic Chemist, Northeast Laboratory, New York, NY, June 2018 – December 2020*
*Forensic Chemist, Northeast Laboratory, New York, NY, July 2015 - June 2018*

- Performs qualitative and quantitative analysis of suspected controlled substances from a wide variety of matrices.
- Provides training in the field on basic drug recognition, field test kit training, and evidence packaging and submission to federal, state, and local law enforcement personnel.
- Performs monthly maintenance, performance checks, and troubleshooting for GC-FID instruments.
- Provides field support as needed for federal, state, and/or local law enforcement.
- Provides expert testimony in court when needed.

*Training*
- 17 Week DEA Basic Forensic Chemist Training (Quantico, VA), July - November 2015.
- 1 Week DEA Basic Clandestine Laboratory Training (Quantico, VA), June 2016.
- 1 Week DEA Clandestine Laboratory Level A Training (Valencia, CA), April 2018.
- 1 Week DEA Aspiring Leaders Conference (Quantico, VA), August 2018.
- DEA Field Training Chemist Course No. 2. (Quantico, VA), May 7-9, 2019.

**U.S. Customs and Border Protection (CBP)**
*Forensic Chemist, New York Laboratory, Newark, NJ, November 2011 – July 2015*

- Performed qualitative and quantitative analysis of suspected controlled substances from a wide variety of matrices through an ASCLD/LAB Accredited laboratory.
- Performed forensic chemist duties at the New York Satellite Laboratory located at the John F. Kennedy International Airport.
- Performed field work when requested from various law enforcement, including several operations throughout New York, New Jersey, and Pennsylvania.

*Training*
- In House Training, CBP New York Laboratory, November 2011 – January 2012.
- AAFS 65th Annual Scientific Meeting, Developments in Emerging and Designer Drug Markets, (Washington

- DC), 2013.
- SAFRAN Morpho and Forensic Magazine as part of The Evidence Conference, Expert Witness Testimony: The Credible Expert Witness, Webinar, 2013.
- National Institute of Standards and Technology (NIST) in collaboration with the Drug Enforcement Administration (DEA), Emerging Trends in Synthetic Drugs Workshop, Webinar, April 30-May1, 2013.
- Forensic Magazine and DFI News as part of The Evidence Conference, Synthetic Drugs: Evolution to Solution, Webinar, 2013.
- Bill Hirt, Ph.D., Director of Accreditation with ANSI-ASQ National Accreditation Board. Internal Auditor Training to ISO/IEC 17025 Standards, CBP New York Laboratory, (Newark, NJ), 2014.
- Northeastern Association of Forensic Scientists Annual Meeting, Ethics in Forensic Science (Hershey, PA), 2014.
- Northeastern Association of Forensic Scientists Annual Meeting, A Survey of Structure Elucidation from GCMS and LCMS Data (Hershey, PA), 2014.
- RTI International, Forensic Science Education (Forensiced.org), How to Be a Good Expert Witness, Webinar, 2014.
- Ron Smith and Associates, Inc., Expert Witness Testimony Techniques for Laboratory, CBP New York Laboratory (Newark, NJ), 2015.

## EDUCATION AND CERTIFICATIONS

Arcadia University, Glenside, PA
- Masters of Science in Forensic Science, 2010

Michigan State University, East Lansing, MI
- Bachelor of Science in Microbiology, 2008

## PROFESSIONAL AFFILIATIONS

- American Academy of Forensic Sciences, Member, Criminalistics Section, 2010-Present
- Northeastern Association of Forensic Scientists, 2014-2022

## PRESENTATIONS AND LECTURES

Platform and Poster Presenter, Postmortem Redistribution of Marijuana and its Metabolites

- North Eastern Association of Forensic Scientists, Platform Presentation and Poster Presentation (Long Branch, NJ), 2009
- Mid-Atlantic Association of Forensic Scientists Platform Presentation (Orlando, FL), 2009
- American Academy of Forensic Sciences Young Forensic Scientists Poster Presentation (Seattle, WA), 2010

Guest Panel Speaker, A Journey of Women in Forensic Science

- National Women's History Month Program, U.S. Customs and Border Protection, Office of Diversity and Civil Rights, (New York, NY), 2013

Guest Speaker, Becoming A Forensic Chemist

- The Center for Forensic Science Research and Education's 4th Annual Forensic Science Forum, Temple University (Philadelphia, PA), 2014

Presenter, Through the Eyes of an Analyst: Emerging Drug Trends and Contraband Concealment Workshop

- North Eastern Association of Forensic Scientists, Instructor (Bolton Landing, NY), 2018

Presenter, Recently Encountered Concealments in the DEA Northeast Laboratory

- American Academy of Forensic Sciences, (Baltimore, MD), 2019