UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 5:23cr00006 |
| | ) | |
| HECTOR MANUEL ESPINOSA | ) | |

**UNITED STATES' STATUS REPORT REGARDING DISCOVERY**

By Order dated November 8, 2024, this Court directed the United States to file a status report detailing any pertinent information or documents from newly discovered discovery that led to the United States' October 15, 2024, request for a trial continuance. ECF No. 183. In response, the United States provides the information below.

On October 15, 2024, following the trial continuance, the undersigned attorneys began a review of an ongoing investigation by Homeland Security Investigations and the Abingdon Office of the United States Attorney ("HSI Investigation"). It was determined this investigation is unrelated to the current prosecution, both in timing and subject matter. Furthermore, the Court is advised that neither co-defendant, Ivan Ruiz Gonzalez nor Andres Gonzalez Vicencio, is involved or a target of the HSI Investigation.

During the review, the undersigned discovered that HSI investigators had obtained fourteen recorded jail phone calls involving Hector Espinosa, which occurred between June 2021 and August 2022. The last call occurring approximately six-months prior to the allegations in the pending case. While unrelated to the current case, these recordings were provided to defense counsel on October 30, 2024. Some calls were in English, others in Spanish, and any available transcripts were likewise produced.

Separately, HSI investigators had previously summarized two jail calls Hector Espinosa made shortly after his February 21, 2023, arrest and while he was being held at the Northwest Regional Adult Detention Center ("NRADC"). The existence of these two calls was shared with counsel for the defendant prior to the October 15, 2024, continuance. The United States advises this Court the recordings of these two phone calls were obtained by the United States and were provided to defense counsel on October 30, 2024.

The United States does not anticipate any additional discovery disclosures and confirms it has no intention of using any of the sixteen recorded calls in its case-in-chief in the trial of the instant matter.

Respectfully submitted,

CHRISTOPHER R. KAVANAUGH
United States Attorney

s/ Ronald M. Huber
Ronald M. Huber, VSB #31135
Sean M. Welsh, VSB #89660
United States Attorney's Office
255 West Main Street, Suite 130
Charlottesville, Virginia 22902
(434)293-4283
Ron.Huber@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

s/ Ronald M. Huber
Assistant United States Attorney